# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Joyce L. Newman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tucson Unified School District,<br><br>　　　　Defendant. | No. CIV 14-01991-TUC-JAS<br><br>**ORDER** |

　　　Upon Stipulation of the parties, and good cause appearing,

　　　**IT IS ORDERED** that this action, and all of Plaintiff's claims herein, be dismissed in their entirety, with prejudice and on the merits, and without awarding attorneys' fees, costs, or disbursement to any party.

　　　Dated this 15th day of April, 2015.

_____
Honorable James A. Soto
United States District Judge